```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

JOSEPH B. AUSBAND,             )
                               )
        Plaintiff,             )
                               )   CIVIL ACTION FILE NO.:
v.                             )   1:12-cv-04242-RWS-GGB
                               )
CHASE BANK USA, N.A.,          )
                               )
        Defendant.             )

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joseph B. Ausband and Defendant Chase Bank USA, N.A. hereby stipulate to the dismissal of this action with prejudice. Each party shall bear his or its own attorneys' fees, costs and expenses.

This 26th day of March, 2013.

| | |
|---|---|
| */s Ben F. Windham* | */s Robert B. Remar* |
| Ben F. Windham | Robert B. Remar |
| Ga. Bar No. 770195 | Ga. Bar No. 600575 |
| | Thomas J. Mew IV |
| WINDHAM & ASSOCIATES, P.C. | Ga. Bar No. 503447 |
| 239 Village Center Parkway | John K. Larkins III |
| Suite 170 | Ga. Bar No. 438417 |
| Stockbridge, GA 30281 | |
| | ROGERS & HARDIN |
| Attorney for Plaintiff | 2700 International Tower |
| | 229 Peachtree Street, N.E. |
| | Atlanta, GA  30303-1601 |
| | Tel:  (404) 522-4700 |
| | Fax:  (404) 525-2224 |
| | rremar@rh-law.com |
| | |
| | Attorneys for Defendant |